McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

FILED
MAR - 6 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MILES,<br><br>Defendant. | CASE NO. CR.S-05-MJ-0254 GGH<br><br>**GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND TO RECALL ARREST WARRANT** |

The United States hereby moves to dismiss, without prejudice, the complaint in the above captioned case. It is also requested that the arrest warrant issued pursuant to the complaint be recalled. [The defendant has not been arrested or located.] The reason for this motion is that the government has decided not to further pursue the criminal action at this time. This motion is made pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: December 14, 2005

McGREGOR W. SCOTT
U.S. Attorney

by
RICHARD J. BENDER
Assistant U.S. Attorney

It is so ORDERED,
this 6th day of ~~December~~ March, 2006

GREGORY G. HOLLOWS
_____
U.S. MAGISTRATE JUDGE